

Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 78 | **DATE** | 1/16/2002 |
| **CASE TITLE** | Tony Brown vs. United Parcel Service | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
　　☐ FRCP4(m)　☐ General Rule 21　☐ FRCP41(a)(1)　☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. For the reasons stated here, both the Complaint and this action must be and are dismissed, so that the Application is denied and the motion is denied as moot. (4-1, 5-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JAN 17 2002 | |
| | Notified counsel by telephone. | | date docketed | 6 |
| | Docketing to mail notices. | | *Cm* | |
| ✓ | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 1/16/2002 | |
| | | | date mailed notice | |
| SN | courtroom deputy's initials | 02 JAN 16 PM 5: 19 | SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TONY C. BROWN,                )
                              )
            Plaintiff,        )
                              )
    v.                        )    No.  02 C 78
                              )
UNITED PARCEL SERVICE,        )
                              )
            Defendant.        )

MEMORANDUM ORDER

Tony Brown ("Brown") has filed a Complaint of Employment Discrimination (using the form provided by this District Court's Clerk's Office for use by pro se litigants) against his ex-employer United Parcel Service ("UPS"), accompanying his Complaint with an Application To Proceed Without Prepayment of Fees ("Application") and a Motion for Appointment of Counsel ("Motion"), also on forms provided by the Clerk's Office. For the reasons briefly stated here, both the Complaint and this action must be and are dismissed, so that the Application is denied and the Motion is denied as moot.

Based on what is set out in the Application, Brown qualifies for in forma pauperis treatment in financial terms. But his difficulty lies in the fact that he must also overcome the hurdle of non-frivolousness in the legal sense defined by Neitzke v. Williams, 490 U.S. 319, 325 (1989) and refined by Denton v. Hernandez, 504 U.S. 25, 32-33 (1992). And in this instance the Supreme Court's consistent jurisprudence, most recently last

week's unanimous decision in Toyota Motor Mfg., Ky., Inc. v. Williams, No. 00-1089, 2002 WL 15402 (U.S. Jan. 8), bars his claim without any possibility of a cure.

Brown seeks to invoke the Americans with Disabilities Act ("ADA") on the premise that UPS fired him unfairly because of his having failed one of the drug tests that it administered in conjunction with the drug abuse program in which Brown had participated for an entire year. But that scenario simply does not fit within the scope of any ADA-protected situation under the teaching of Toyota and earlier Supreme Court decisions.

Accordingly, as stated at the outset, both Brown's Complaint and this action are dismissed. That in turn calls for denial of the Application, while the Motion is denied as moot, and this Court so orders.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 15, 2002

2